# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID BOONE                                                                          PLAINTIFF

V.                           NO.   4:17CV00818 JM

SHUANG HONG LIU,
QUALIFIED TRUCKING SERVICE, INC., and
FICTITIOUS DEFENDANTS A - CC                                                     DEFENDANTS

## JUDGMENT

Pursuant to the offer of judgment and acceptance of offer of judgment, docket #'s 58 and 59, judgment is hereby entered in favor of Plaintiff, David Boone, and against Defendants Shaung Hong Liu and Qualified Trucking Service, Inc. in the amount of eighty thousand dollars ($80,000.00).   All claims are hereby dismissed with prejudice.   The Clerk is directed to close the case.

Dated this 20th day of February, 2019.

_____
James M. Moody Jr.
United States District Judge